*Edward W. Eaton* for Thomas J. Banfield and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of BENJAMIN F. LEVY, Respondent. JAMES L. BURKE et al., Appellants.

Argued October 25, 1946; decided October 25, 1946.

*James L. Burke* for appellants.
*Robert P. McDowell* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DŸE and FULD, JJ.

In the Matter of LEO J. ROSETT et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.